CITY OF TOLEDO, APPELLANT, *v*. ROSS, APPELLEE.

[Cite as *Toledo v. Ross*, 97 Ohio St.3d 1211, 2002-Ohio-5780.]

(No. 2001–1815—Submitted September 18, 2002—Decided November 6, 2002.)

{¶ 1} The appeal is dismissed as moot.

MOYER, C.J., GRENDELL, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

DIANE V. GRENDELL, J., of the Eleventh Appellate District, sitting for RESNICK, J.

Barbara E. Herring, Director of Law, John T. Madigan, General Counsel, and Lora L. Manon, Assistant Prosecuting Attorney, for appellant.

Shindler, Neff, Holmes & Schlageter, L.L.P., and Richard L. Emery; Wise & Dorner, Ltd., and Bernadette Restivo Noe, for appellee.

Barry M. Byron, Stephen L. Byron and John Gotherman, urging reversal for amicus curiae, Ohio Municipal League.